UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT GRIMM | : | NO.: 3:03CV00725 (MRK) |
| v. | : | |
| JOHN KRUPINSKY | : | NOVEMBER 21, 2003 |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56(c) and D. Conn. L. R. 56, the defendant, John Krupinsky, hereby moves for summary judgment in his favor as to the single-count Complaint against him.

As more particularly set forth in the attached Memorandum of Law in support of this motion, the defendant offers:

1. Probable cause existed as a matter of law to support the defendant's decisions to seek arrest warrant applications for the plaintiff based on the undisputed facts of this case. The existence of probable cause is a complete defense to plaintiff's claims of malicious prosecution and false arrest.

2. If the Court declines to find probable cause as a matter of law, the defendant had "arguable probable cause" to support his decisions to seek arrest warrants for the plaintiff. The defendant is therefore protected from liability by the doctrine of qualified immunity.

**ORAL ARGUMENT REQUESTED**

3. In addition, plaintiff's malicious prosecution claim is barred since his underlying criminal charges did not result in a "favorable termination," as required for plaintiff to proceed with such a claim.

As required by D. Conn. L. R. 56(a)1, a Statement of Material Facts Not In Dispute has been simultaneously filed with this Motion. As required by D. Conn. L. R. 7(a)1, a Memorandum of Law has been simultaneously filed in support of this motion.

WHEREFORE, the defendant prays that this Court grant his Motion for Summary Judgment.

DEFENDANT,
JOHN KRUPINSKY


By  /s/ Thomas R. Gerarde
    Thomas R. Gerarde
    ct05640
    Howd & Ludorf
    65 Wethersfield Avenue
    Hartford, CT  06114
    (860) 249-1361
    (860) 249-7665 (Fax)
    E-Mail:  tgerarde@hl-law.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 21st day of November, 2003.

Norman A. Pattis, Esquire
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06810

                                                               ____/s/ Thomas R. Gerarde_____
                                                                Thomas R. Gerarde