UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Thursday December 4, 2003
2:30 p.m.

CASE NO. 3:03cv725 MRK    Grimm v Krupinsky

Thomas R. Gerarde
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190


Beatrice S. Jordan
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190


Norman A. Pattis
Williams & Pattis
51 Elm St., Ste 409
New Haven, CT 06510

STATUS CONFERENCE HELD
DATE: 12/04/03
8 min

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK