Ord

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

DEC 5   4 41 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN

| | | |
|---|---|---|
| ROBERT GRIMM, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL NO:   3:03CV725 |
| JOHN KRUPINSKY, | : | |
| Defendants. | : | |

## ORDER

The plaintiff shall file its response to Defendant's Motion for Summary Judgment [doc. #13] by **January 5, 2004**. The defendant shall then reply in accordance with the time frame set forth in the Local Rules.

IT IS SO ORDERED.

_____
Mark R. Kravitz, U.S.D.J.

Dated at New Haven, Connecticut: December 4, 2003.