FILED

Dec 31  12 54 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT GRIMM                          :

VS.                                   : NO. 3:03CV00725(MRK)

JOHN KRUPINSKY                        : DECEMBER 29, 2003

MOTION FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANT'S 'MOTION FOR SUMMARY JUDGMENT

The plaintiff, Robert Grimm, respectfully requests an extension of time of two weeks, up to and including January 19, 2004 to respond to Defendants' Motion for Summary Judgment dated November 21, 2003.

In support of this motion, plaintiff represents as follows:

1. This is the plaintiff's first request for an extension of time to respond to defendant's motion for summary judgment.

2.   Defendant's attorney was contacted by this office and he has no objection to the granting of this request.

THE PLAINTIFF

BY _____
Elizabeth Brooks
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
203.562.9931
FAX: 203.776.9494
Federal Bar No. ct25225
His Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid, on December 30, 2003, to the following counsel of record:

Attorney Thomas R. Gerarde
Attorney Beatrice S. Jordan
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

_____
Elizabeth Brooks