UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Jan 6  7:50 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

ROBERT GRIMM,

    Plaintiff,

v.                                              CIVIL NO:   3:03CV725

JOHN KRUPINSKY,

    Defendants.

## ORDER

Plaintiff's Motion For Extension Of Time To Respond To Defendant's Motion for Summary Judgment [doc. #17], dated December 29, 2003, is hereby **GRANTED**. Plaintiff shall file his response to Defendant's Motion For Summary Judgment on or before **January 19, 2004**.

IT IS SO ORDERED.

_____
Mark R. Kravitz, U.S.D.J.

Dated at New Haven, Connecticut: January 5, 2004.