

FILED
Feb 10  12 16 PM '04

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT GRIMM | : | NO.: 3:03CV00725 ~~(DJS)~~ *MRK* |
| v. | : | |
| JOHN KRUPINSKY | : | FEBRUARY 6, 2004 |

## APPEARANCE

Please enter the appearance of **Jay T. DonFrancisco**, as attorney for the defendant **John Krupinsky**, in the above-entitled action.

                         DEFENDANT,
                         JOHN KRUPINSKY

By _[signature]_
Jay T. DonFrancisco
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (fax)
E-Mail: jdonfrancisco@hl-law.com
ct23170

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 6th day of February, 2004.

Norman A. Pattis, Esquire
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06810

_____
Jay W. DonFrancisco

2