UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT GRIMM, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL NO:   3:03CV725 |
| : | |
| JOHN KRUPINSKY, : | |
| : | |
| Defendants. : | |

## RULING AND ORDER

For the reasons set forth on the record in open court on April 21, 2004, the Court GRANTS Defendant's Motion for Summary Judgment [doc. # 13] in its entirety. The Clerk shall enter judgment for Defendant and close the file.

IT IS SO ORDERED,

/s/      Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: April 21, 2004