Civil (April 12, 2004)

HONORABLE M.R. Kravitz
DEPUTY CLERK K. Ghilardi  RPTR/ERO/TAPE Thea

TOTAL TIME: 1 hours 35 minutes

DATE 4/21/04  START TIME 4:05  END TIME 5:51
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Grimm

CIVIL NO. 3:03cv725 mrk

vs.

Christy Doyle
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Jay T. DonFrancisco
Defendants Counsel

Krupinsky

## COURTROOM MINUTES - CIVIL (check one box)

☒ Motion Hearing        ☐ Show Cause Hearing
☐ Evidentiary Hearing   ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

MOTION DOCUMENT NO.

☒ #13  Motion For Summary Judgment  ☒ granted ☐ denied ☐ advisement
☐ #__  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ #__  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ #__  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ #__  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ #__  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ #__  Motion _____  ☐ granted ☐ denied ☐ advisement
☐       Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐       Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐       Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐       Oral Motion _____  ☐ granted ☐ denied ☐ advisement

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____

Hearing continued until _____ at _____