UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT GRIMM, | : | |
|     Plaintiff | : | 3:03CV00725(MRK) |
| | : | |
| VS. | : | |
| | : | |
| JOHN KRUPINSKY, | : | |
|     Defendant | : | MAY 14, 2004 |

PLAINTIFF'S NOTICE OF APPEAL

The plaintiff herewith files notice of his intent to appeal the trial court's decision granting the defendant's motion for summary judgment. Judgment entered in this case on April 21, 2004.

                                  THE PLAINTIFF
                                  ROBERT L. GRIMM


                        BY_____
                              NORMAN A. PATTIS
                              Williams and Pattis, LLC
                              51 Elm Street, Suite 409
                              New Haven, CT 06510
                              203.562.9931
                              Fed Bar No. ct13120
                              His Attorney

## CERTIFICATION

     This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid on the above stated date to the following parties and counsel of record:

Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

_____
NORMAN A. PATTIS