UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT GRIMM | : | |
| | : | |
| VS. | : | NO. 3:03cv00725 (MRK) |
| | : | |
| JOHN KRUPINSKY | : | SEPTEMBER 13, 2004 |

## **INDEX TO RECORD ON APPEAL**

|  | DOCUMENT NO. |
|---|---|
| Certified Copy of Docket Sheet | 1 |
| Complaint, filed 4/22/03 (Doc. # 1) | 2 |
| Answer and Affirmative Defenses, filed 6/10/03 (Doc. # 7) | 3 |
| Motion for Summary Judgment, filed 11/24/03 (Doc. # 13) | 4 |
| Statement of Material Facts, filed 11/24/03 (Doc. # 14) | 5 |
| Brief In Opposition to Summary Judgment, filed 1/20/04 (Doc. #19) | 6 |
| Plaintiff's Statement of Material Facts, filed 1/20/04 (Doc. #20) | 7 |
| Ruling and Order Granting Summary Judgment, filed 4/22/04 (Doc.#22) | 8 |
| Judgment, filed 4/22/04 (Doc. #24) | 9 |
| Notice of Appeal, filed 5/14/04 (Doc. #25) | 10 |
| Clerk's Certificate | 11 |

Case 3:03-cv-00725-MRK    Document 28    Filed 09/14/2004    Page 2 of 2